# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161216(56)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JP MORGAN CHASE BANK N.A.,
         Plaintiff-Appellee,

v

ERWIN PROPERTIES, LLC,
         Defendant-Appellee,
and

STACY L. ERWIN, also known as
STACEY ERWIN OAKES,
         Defendant-Appellant.
_____/

SC: 161216
COA: 351512
Ingham CC: 19-000495-CH

On order of the Chief Justice, the motion to waive the filing fees as to defendant-appellant Stacy L. Erwin, a/k/a Stacey Erwin Oakes, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk